FILED
CLERK, U.S. DISTRICT COURT
August 13, 2021
CENTRAL DISTRICT OF CALIFORNIA
BY: ___PMC___ DEPUTY

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDDIE MCKINNIE, an individual,<br><br>  Plaintiff,<br><br>  v.<br><br>IRON MOUNTAIN SECURE SHREDDING, INC., a Delaware corporation; IRON MOUNTAIN MANAGEMENT SERVICES, INC., a Delaware corporation; IRON MOUNTAIN INCORPORATED, a Delaware corporation; IRON MOUNTAIN FULFILLMENT SERVICES, INC., a Delaware corporation; IRON MOUNTAIN INFORMATION MANAGEMENT SERVICES, INC. a Delaware corporation; IRON MOUNTAIN DATA CENTERS, LLC, a Delaware limited liability company; IRON MOUNTAIN INFORMATION MANAGEMENT, LLC, a Delaware limited liability company; IRON MOUNTAIN DATA CENTERS SERVICES, LLC, a Delaware limited liability company; and DOES 1 to 100, inclusive,<br><br>  Defendants. | Case No. 2:21-cv-03501-SVW-MAA<br><br>**ORDER REMANDING ACTION UPON STIPULATION OF THE PARTIES**<br><br>Complaint Filed: February 18, 2019<br>(Los Angeles County Superior Court) |

LITTLER MENDELSON P.C.
633 West 5th Street
63rd Floor
Los Angeles CA 90071
213.443.4300

1

[PROPOSED] ORDER REMANDING ACTION UPON STIPULATION OF THE PARTIES

**ORDER**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Having considered the Joint Stipulation between the Parties, and good cause appearing, this Court hereby ORDERS that the Action be remanded to the Superior Court of California, County of Los Angeles, Case No. 21STCV06585.

**IT IS SO ORDERED.**

DATED: August 13, 2021

_____
HONORABLE STEPHEN V. WILSON

4837-8917-8356.1 / 102014-1011

LITTLER MENDELSON P.C.
633 West 5th Street
63rd Floor
Los Angeles, CA 90071
213.443.4300

2

[PROPOSED] ORDER REMANDING ACTION UPON STIPULATION OF THE PARTIES